Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  20−15793−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aneesah N. Noel
   15 Hickory Ln
   North Brunswick, NJ 08902−1311

Social Security No.:
   xxx−xx−5193

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/25/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 25, 2020
JAN: wir

                                                                                          Jeanne Naughton
                                                                                          Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                     Case No. 20-15793-MBK
Aneesah N. Noel                                            Chapter 13
       Debtor
                         CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin           Page 1 of 2       Date Rcvd: Aug 25, 2020
                              Form ID: 148          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
db              Aneesah N. Noel,    15 Hickory Ln,   North Brunswick, NJ  08902-1311
cr             +Quicken Loans, LLC,   KML Law Group, P.C.,    216 Haddon Avenue,  Ste. 406,
                 Westmont, NJ 08108-2812
518858734      +Quicken Loans, LLC,   635 Woodward Avenue,    Detroit, MI 48226-3408
518810416       Syncb/Walmart,   PO Box 30281,   Salt Lake City, UT  84130-0281
518810418       Upstart Network Inc.,   PO Box 61203,   Palo Alto, CA  94306-6203
518810407       cach llc,   887 Donald Ross Rd,   Juno Beach, FL  33408-1611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2020 23:00:26      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2020 23:00:25      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518810406       EDI: TSYS2.COM Aug 26 2020 02:38:00      Barclays Bank Delaware,   PO Box 8803,
                 Wilmington, DE  19899-8803
518814299       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 25 2020 23:04:23      CACH, LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518854575      +EDI: AIS.COM Aug 26 2020 02:38:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK  73118-7901
518810408       EDI: CAPITALONE.COM Aug 26 2020 02:38:00      Capital One Bank USA N,   PO Box 30281,
                 Salt Lake City, UT  84130-0281
518854577      +EDI: AIS.COM Aug 26 2020 02:38:00      Capital One N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK  73118-7901
518837011       EDI: BL-BECKET.COM Aug 26 2020 02:38:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
518810409       E-mail/PDF: creditonebknotifications@resurgent.com Aug 25 2020 23:04:21      Credit One Bank NA,
                 PO Box 98872,   Las Vegas, NV  89193-8872
518810410       EDI: NAVIENTFKASMDOE.COM Aug 26 2020 02:38:00      Dept of Ed/Navient,   PO Box 9635,
                 Wilkes Barre, PA  18773-9635
518816317       EDI: DISCOVER.COM Aug 26 2020 02:38:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
518810411       EDI: DISCOVER.COM Aug 26 2020 02:38:00      Discover Fin Svcs LLC,   PO Box 15316,
                 Wilmington, DE  19850-5316
518810412       E-mail/Text: PBNCNotifications@peritusservices.com Aug 25 2020 22:54:53      Kohls/capone,
                 PO Box 3115,   Milwaukee, WI  53201-3115
518868420       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 25 2020 23:04:57      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518816183      +EDI: NFCU.COM Aug 26 2020 02:38:00      NAVY FEDERAL CREDIT UNION,   P O BOX 3000,
                 MERRIFIELD, VA 22119-3000
518810413       EDI: NFCU.COM Aug 26 2020 02:38:00      Navy Federal Cr Union,   820 Follin Ln SE,
                 Vienna, VA  22180-4907
518813467      +EDI: AGFINANCE.COM Aug 26 2020 02:38:00      OneMain Financial,   PO Box 3251,
                 Evansville, IN 47731-3251
518885614       EDI: PRA.COM Aug 26 2020 02:38:00      Portfolio Recovery Associates, LLC,
                 c/o Barclays Bank Delaware,   POB 41067,   Norfolk VA 23541
518810415       E-mail/Text: bankruptcyteam@quickenloans.com Aug 25 2020 23:00:37      Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI  48226-1906
518812024      +EDI: RMSC.COM Aug 26 2020 02:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518873238      +EDI: RMSC.COM Aug 26 2020 02:38:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518836471      +E-mail/Text: bncmail@w-legal.com Aug 25 2020 23:00:31      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518810417       EDI: WTRRNBANK.COM Aug 26 2020 02:38:00      Td Bank USA/Targetcred,   PO Box 673,
                 Minneapolis, MN  55440-0673
518810414       EDI: AGFINANCE.COM Aug 26 2020 02:38:00      one main financial,   2225 US Highway 1,
                 North Brunswick, NJ  08902-4402
                                                                                             TOTAL: 24

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 25, 2020
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward Nathan Vaisman    on behalf of Debtor Aneesah N. Noel vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```